JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-0712 AG (ANx) | Date | July 14, 2010 |
|---|---|---|---|
| Title | Samuel Buitron, et al. v. Countrywide Home Loans, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** **[IN CHAMBERS] ORDER DISMISSING CASE**

On June 28, 2010, this Court issued an order regarding pretrial matters ("June 28 Order"). The Court ordered Plaintiffs, within 14 days, to file a declaration under penalty of perjury stating that there had been compliance with Rule 11(b) of the Federal Rules of Civil Procedure and specifically stating that the allegations supporting federal jurisdiction complied with Rule 11(b).

The June 28 Order stated:

> If the declaration required by paragraph 1 is not timely filed, the Court will assume Plaintiff does not wish to pursue this case at this time in federal court, and to avoid a dismissal with prejudice, this case will be immediately dismissed WITHOUT PREJUDICE.

(June 28 Order at 1-2.)

Plaintiffs have not filed the declaration required by the June 28 Order. Accordingly, this case is DISMISSED without prejudice.

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-0712 AG (ANx) | Date | July 14, 2010 |
|---|---|---|---|
| Title | Samuel Buitron, et al. v. Countrywide Home Loans, et al. | | |

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |